UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WILSON, *et al.*,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　*Defendant*. | Civil Action No. 20-2190 (JEB) |

## JOINT MEET AND CONFER REPORT

The Parties, by and through their undersigned counsel, respectfully submit this Joint Meet and Confer Report pursuant to the Court's Minute Order dated November 24, 2020.  This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  This case is exempt from the requirements of Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, pursuant to Local Civil Rule 16.3(b)(10).

1.　　On August 4, 2020, Plaintiff filed a Complaint against Defendant, Federal Bureau of Prisons ("BOP") for failing to provide a final determination with respect to FOIA Request No. 2016-06166 and challenging the redactions with respect to FOIA Request 2016-05776.

2.　　On December 15, 2020, the parties met and conferred.

3.　　BOP informed Plaintiff's counsel that it is actively working on FOIA Request No. 2016-06166 and anticipates making a final determination with respect to this request by the end of January 2021.

4. Plaintiff's counsel provided the undersigned counsel with a detailed list of concerns related to the production of records with respect to FOIA Request No. 2016-05776. The undersigned counsel provided the list to BOP on December 18, 2020.

5. Based on the foregoing, the Parties believe that at this point summary judgment briefing is premature because BOP is currently processing FOIA Request No. 2016-06166. The Parties will continue to work directly together to address issues with respect to Plaintiff's FOIA request 2016-05776, so as to avoid unnecessary litigation where possible. Accordingly, the Parties propose that they submit a joint status report on or before February 8, 2021, to update the Court on the processing of FOIA Request no. 2016-06166 and the parties' progress resolving release issues related to FOIA Request No. 2016-05776.

Dated: December 18, 2020          Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

Daniel F. Van Horn
Chief, Civil Division
D.C. Bar #924092

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*

/s/ *Nathan Phelps*
NATHAN PHELPS
Appearance authorized under Local Rule 83.2(g)
Utah Federal Defender Office
46 West Broadway, Suite 110
Salt Lake City, UT 84101
(801) 524-4010

nathan_phelps@fd.org

*Counsel for Plaintiffs*